Lessee of JACOB YOUNG *against* GEORGE MARTIN.

A minute conformity to the law must be proved in sales for non-payment of taxes in order to vest good title.

EJECTMENT for lands in White Deer township.

The plaintiff claimed under a deed from the commissioner of the county, for non-payment of the state and county taxes for 1785 and 1786, amounting to 1*l*. 12*s*. 5*d*. and costs of advertising and selling, 2*l*. 8*s*. 9*d*. The deed recited the lands to be now or late the property of the widow Johnson, and was granted to John Moore in consideration of 6*l*. 10*s*. on the 26th August 1788, who afterwards on the 1st April 1792, conveyed to Jacob Moore with general warranty in consideration of 212*l*. 13*s*. 6*d*.

It was admitted that at the time of the commissioners' sale, the title of the lands was in the heirs of Christopher Johnston, and that there had been no advertisements in the German Newspapers for two months before the day of sale. It was also said, that the lands were rated as the property of William Johnston as unsetteled, though they were then highly improved.

The court said, that either of the objections would be fatal to the commissioners deed, but the want of German advertisements was decisive. Vide Act, passed 16th March 1795, § 46. A minute conformity to every particular of the several acts of assembly in such cases, and that duly proves to the satisfaction of the court and jury, can alone give a title, where lands have been sold for non-payment of taxes. Uniform and repeated resolutions have clearly settled the law on this subject.

The jury gave a verdict for the defendant without leaving the bar.

Mr. D. Smith, *pro quer.*

Messrs. Duncan and Walker, *pro def.*